UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MYRON MOTLEY, <br><br> Defendant - Appellant. | No. 21-10296 <br><br> D.C. No. 3:19-cr-00026-LRH-WGC-1 <br> U.S. District Court for Nevada, Reno <br><br> **MANDATE** |

The judgment of this Court, entered December 29, 2023, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT